# Exhibit A

